UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DEVON DENZEL LETOURNEAU )
*also known as* SHABAZZ BE ALLAH, )
   Plaintiff, )
)
v. )   C.A. No. 22-cv-285-JJM-PAS
)
RHODE ISLAND DEPARTMENT OF )
CORRECTIONS; and LYNNE CORRY )
*Warden*, )
   Defendant. )

## ORDER

The Magistrate Judge issued two Reports and Recommendations (R&R) (ECF Nos. 59, 60) making a recommendation on how the Court should proceed with Plaintiff's Motion for Leave to File Document Supplemental Complaint (ECF No. 48) and Defendants' Motion to Dismiss the Intervenor Complaint for Failure to State a Claim. ECF Nos. 53. After a through review of the R&R and the Motions, and having received no objections, the Court accepts both R&R's and rules as follows:

The Court DENIES Plaintiff's Motion to Supplement (ECF Nos. 47, 48) because the claims are largely unrelated to the pending Complaint, would cause more delay by adding new parties, and are futile. Further, Plaintiff's revisions to his pleading have spawned confusion not just for the Court, but also for the parties, regarding the timing of Defendants' obligation to respond to the Amended Complaint.

In the interest of clarity, now that the Amended Complaint (ECF No. 32, reduced in scope by the Court's granting in part of the motion to dismiss, Text Order

of Apr. 23, 2024) is the operative pleading, Defendants are directed to file their responsive pleading within fourteen days.

And the Court DENIES Defendants' Motion to Dismiss (ECF No. 53) the intervention Complaint of Jayson Zeppieri for the reasons stated in the R&R.

IT IS SO ORDERED.

/s/ John J. McConnell, Jr.

John J. McConnell, Jr.
Chief Judge
United States District Court

September 24, 2024